**A. H. HARGIS, Appellant, v. King SWOPE, Judge of the Fayette Circuit Court, et al., Appellees.**

No. 8027.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1938.

A. H. Hargis, of Jackson, Ky. for appellant.

E. C. Hyden, of Jackson, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It does not appear from the record in this cause that there was an abuse of judicial discretion in overruling the motion for a temporary restraining order; it is therefore ordered and adjudged that the order appealed from be and the same is affirmed.